AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| Tyrone Hurt, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:14-cv-436 |
| Donald Sterling, | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Report and Recommendation (Doc. 2) is adopted. Plaintiff's motion for IFP is DENIED. Plaintiff's complaint is DISMISSED. Plaintiff is declared a harassing and vexatious litigator, and therefore is ENJOINED AND PROHIBITED from filing additional complaints that have not been certified non-frivolous.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 7/21/2014

CLERK OF COURT

Scott M. [signature]

Signature of Clerk or Deputy Clerk