IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tyrone Hurt,                                    :
                                                :
                    Plaintiff(s),               :
                                                :   Case Number: 1:14cv436
            vs.                                 :
                                                :   Chief Judge Susan J. Dlott
Donald Sterling,                                :
                                                :
                    Defendant(s).               :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Karen L. Litkovitz filed on August 22, 2014 (Doc. 8), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired September 8, 2014, hereby

ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for leave to proceed *in forma pauperis* on appeal (Doc.

11) is **DENIED.**

Plaintiff is advised that pursuant to Fed. R. App. P. 24(a)(4), plaintiff may file, within 30

days after service of any Order adopting the Report and Recommendation, a motion with the

Sixth Circuit Court of Appeals for leave to proceed as a pauper on appeal. *Callihan v.

Schneider,* 178 F.3d 800, 803 (6th Cir. 1999), overruling in part *Floyd v. United States Postal

Service,* 105 F.3d 274 (6th Cir. 1997). Plaintiff's motion must include a copy of the affidavit

filed in the District Court and the District Court's statement of the reasons for denying pauper

status on appeal *Id.: see* Fed. R. App. P. 24(a)(5).

Plaintiff is notified that if he does not file a motion within 30 days of receiving notice of

the District Court's decision as required by Fed. R. App. P. 24(a)(5), or fails to pay the required

filing fee of $505.00 within this same time period, the appeal will be dismissed for want of

prosecution. *Callihan,* 178 F.3d at 804. Once dismissed for want of prosecution, the appeal will

not be reinstated, even if the filing fee or motion for pauper status is subsequently tendered,

unless plaintiff can demonstrate that he did not receive notice of the District Court's decision

within the time period prescribed for by Fed. R. App. P. 24(a)(5).

     IT IS SO ORDERED.


         ___s/Susan J. Dlott_____
         Chief Judge Susan J. Dlott
         United States District Court